

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00058-CV

**DIAMOND ENVIRONMENTAL MANAGEMENT, L.P.**; Bexar County Emergency Service
District No. 5; and Bexar County Emergency Service District No. 10,
Appellants

v.

**CITY OF SAN ANTONIO, TEXAS**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-26125
Honorable Aaron Haas, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the opinion and judgment issued by this court on May 18, 2022, are WITHDRAWN. The judgment of the trial court is AFFIRMED. Costs are assessed against appellants.

SIGNED September 21, 2022.

_____
Lori I. Valenzuela, Justice